UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                                Case No. 22- 30491
                                                Originating No.22CR114

**ARICKO THOMAS,**

      Defendant.

_____/

### GOVERNMENT'S PETITION
### FOR TRANSFER OF DEFENDANT TO
### ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **ARICKO THOMAS,** to answer to charges pending in another federal district, and states:

1. On **November 9, 2022,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Northern District of Georgia based on an Indictment**. Defendant is charged in that district with violation of violation **18 USC Section 922(g)(1) – Felon in Possession of a Firearm.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney

*S/Alyse Wu*
ALYSE WU
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: November 9, 2022